Lesley D. Bohleber (SBN 49150)
LLueke@aldridgepite.com
**ALDRIDGE PITE, LLP**
The Ogden Building
9311 SE 36th St, Ste 207
Mercer Island, WA 98040
Telephone: (425) 644-6471

<u>Mailing Address</u>:
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92177-0933
Telephone: (858) 750-7600
Facsimile: (619) 590-1385

Attorneys Creditor
U.S. Bank National Association, as Trustee for Structured Adjustable Rate Mortgage Loan Trust, Mortgage Pass-Through Certificates, Series 2005-19XS

Honorable Timothy W. Dore
Chapter: 13

# UNITED STATES BANKRUPTCY COURT

## WESTERN DISTRICT OF WASHINGTON (SEATTLE)

| | |
|---|---|
| In re<br><br>SHELLISE BARTOM MONTGOMERY,<br><br>Debtor. | No. 20-12657-TWD<br><br>Chapter 13<br><br>**U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR STRUCTURED ADJUSTABLE RATE MORTGAGE LOAN TRUST, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-19XS'S NOTICE OF DEBTOR'S REQUEST FOR FORBEARANCE DUE TO THE COVID-19 PANDEMIC** |

Now comes Creditor U.S. Bank National Association, as Trustee for Structured Adjustable Rate Mortgage Loan Trust, Mortgage Pass-Through Certificates, Series 2005-19XS ("Creditor"), by and through undersigned counsel, and hereby submits Notice to the Court of the Debtor's request for mortgage payment forbearance based upon a material financial hardship caused by the COVID-19 pandemic.

The Debtor recently Nationstar Mortgage LLC d/b/a Mr. Cooper, the servicing agent for Creditor, requesting a forbearance period of (6) months and has elected to not tender mortgage

NOTICE OF DEBTOR'S REQUEST FOR FORBEARANCE DUE TO THE COVID-19 PANDEMIC
Page 1

**ALDRIDGE PITE, LLP**
4375 Jutland Drive; P.O. Box 17933
San Diego, CA 92177-0933
Telephone: (425)644-6471

Case 20-12657-TWD    Doc 18    Filed 11/10/20    Ent. 11/10/20 13:24:58    Pg. 1 of 4

payments to Creditor that would come due on the mortgage starting October 1, 2020 through March 1, 2021. Creditor holds a secured interest in real property commonly known as 1428 Martin Luther King Jr Way, Seattle, WA 98122. Creditor, at this time, does not waive any rights to collect the payments that come due during the forbearance period. If the Debtor desires to modify the length of the forbearance period or make arrangements to cure for the forbearance period arrears, Creditor asks that the Debtor or Counsel for the Debtor make those requests through undersigned counsel.

Per the request, Debtor will resume Mortgage payments beginning April 1, 2021 and will be required to cure the delinquency created by the forbearance period (hereinafter "forbearance arrears"). Creditor has retained undersigned counsel to seek an agreement with Debtor regarding the cure of the forbearance arrears and submit that agreement to the Court for approval. If Debtor fails to make arrangements to fully cure the forbearance arrears, Creditor reserves it rights to seek relief from the automatic stay upon expiration of the forbearance period.

ALDRIDGE PITE, LLP

Dated: November 10, 2020

/s/ *Lesley D. Bohleber* (SBN 49150)
LESLEY D. BOHLEBER
Attorneys for Creditor U.S. Bank National Association, as Trustee for Structured Adjustable Rate Mortgage Loan Trust, Mortgage Pass-Through Certificates, Series 2005-19XS

NOTICE OF DEBTOR'S REQUEST FOR FORBEARANCE DUE TO THE COVID-19 PANDEMIC
Page 2

ALDRIDGE PITE, LLP
4375 Jutland Drive; P.O. Box 17933
San Diego, CA 92177-0933
Telephone: (425)644-6471

Case 20-12657-TWD    Doc 18    Filed 11/10/20    Ent. 11/10/20 13:24:58    Pg. 2 of 4

| 1  | Lesley D. Bohleber (SBN 49150)       | Honorable Timothy W. Dore |
|    | LLueke@aldridgepite.com              | Chapter: 13               |
| 2  | (SBN )                               |                           |
|    | **ALDRIDGE PITE, LLP**               | 2                         |
| 3  | The Ogden Building                   |                           |
| 4  | 9311 SE 36th St, Ste 207             |                           |
|    | Mercer Island, WA 98040              |                           |
| 5  | Telephone: (425) 644-6471            |                           |
|    | Facsimile: (619) 590-1385            |                           |
| 6  |                                      |                           |
| 7  | <u>Mailing Address</u>:              |                           |
|    | 4375 Jutland Drive, Suite 200        |                           |
| 8  | P.O. Box 17933                       |                           |
|    | San Diego, CA 92177-0933             |                           |
| 9  | Telephone: (858) 750-7600            |                           |
|    | Facsimile: (619) 590-1385            |                           |
| 10 |                                      |                           |

# UNITED STATES BANKRUPTCY COURT

# WESTERN DISTRICT OF WASHINGTON

| In re | Case No. 20-12657-TWD |
|---|---|
| SHELLISE BARTOM MONTGOMERY, | Chapter 13 |
| Debtor. | **PROOF OF SERVICE** |

I, Shannon C. Lehmann, declare that:

I am employed by Aldridge Pite, LLP. My business address is 4375 Jutland Drive, Suite 200; P.O. Box 17933, San Diego, CA 92177-0933. I am over the age of eighteen years and not a party to this cause.

On November 10, 2020, I caused the following documents:

- **Notice of Forbearance Agreement**

to be served in said cause by placing a copy thereof enclosed in a sealed envelope with postage thereon fully prepaid in the United States Mail, California and/or via electronic means pursuant to Local Bankruptcy Rule 5005-1 as follows:

/././

/././

**PROOF OF SERVICE**  
Page 1

**ALDRIDGE PITE, LLP**  
4375 Jutland Drive, Suite 200  
P.O. Box 17933  
San Diego, CA 92177-0933  
Telephone: (858) 750-7600  
Facsimile: (619) 590-1385

Case 20-12657-TWD    Doc 18    Filed 11/10/20    Ent. 11/10/20 13:24:58    Pg. 3 of 4

**DEBTOR**
Shellise Bartom Montgomery
PO Box 22922
Seattle, WA 98122
(Via U.S. Mail)

**TRUSTEE**
Jason Wilson-Aguilar
600 University St #1300
Seattle, WA 98101
courtmail@seattlech13.com
(Via Email)

**U.S. TRUSTEE**
United States Trustee
700 Stewart St Ste 5103
Seattle, WA 98101
USTPRegion18.SE.ECF@usdoj.gov
(Via Email)

I declare under penalty of perjury that the foregoing is true and correct.

Dated: November 10, 2020

/s/ Shannon C. Lehmann
Shannon C. Lehmann

**PROOF OF SERVICE**
Page 2

**ALDRIDGE PITE, LLP**
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92177-0933
Telephone: (858) 750-7600
Facsimile: (619) 590-1385

Case 20-12657-TWD    Doc 18    Filed 11/10/20    Ent. 11/10/20 13:24:58    Pg. 4 of 4